UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DELIA BIBAR HOUPT,<br><br>                Plaintiff,<br><br>    v.<br><br>NANCY A BERRYHILL,<br><br>                Defendant. | CASE NO. C17-5251-MJP<br><br>ORDER GRANTING AWARD OF EAJA ATTORNEY'S FEES AND COSTS PURSUANT TO 28 U.S.C. § 2412 |

Based upon the request of the plaintiff, for which there is no opposition, it is hereby ORDERED that Plaintiff shall have a judgement against the Commissioner for attorney's fees, paralegal fees, and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, *et. seq.* in the amount of $11,668.10 for attorney's fees, and expenses in the sum of $13.60 for service of the summons and complaint in this matter, for a total award of $11,681.70. It is further ORDERED that in accordance with *Astrue v. Ratliff*, 560 U.S. 586, 586 (2010), Plaintiff's EAJA fees and expenses award is subject to any offset allowed pursuant to the Department of the Treasury's Offset Program. *See Id.* If it is determined that the Plaintiff's EAJA award is not the

1 | subject to any offset allowed pursuant to the Department of the Treasury's Offset Program, then

2 | the check for the EAJA fees and expenses shall be made payable to and mailed to plaintiff's

3 | counsel, Charles W. Talbot, Esq., at Talbot and Associates, P.S., 5005 Center Street, Suite E,

4 | Tacoma, Washington 98409.

5 | The clerk is ordered to provide copies of this order to all counsel.

6 | Dated July 10, 2018.

*[signature]*

Marsha J. Pechman
United States District Judge